CALEB STOWELL, Appellant, *vs.* GEORGE C. RICHARDSON.

Under Gen. Sts. *c.* 115, § 12, questions of law arising upon appeal, by bill of exceptions, reserved case or otherwise, except questions arising in cases in equity pending in this court, cannot be entered in this court until after the final adjournment of the court for the term in which the questions arose.

MOTION for leave to enter at this term an appeal from the decision of the judge of insolvency disallowing the claim of the appellant against the estate of an insolvent debtor, which, after verdict in the superior court, at a term not yet concluded, was reported for the determination of this court.

*A. H. Fiske,* for the appellant.

No counsel appeared for the appellee.

BIGELOW, C. J. We think this motion cannot be allowed. By Gen. Sts. *c.* 115, § 12, the copies and papers relating to a question of law, arising either in the supreme judicial or superior courts, upon appeal, by bill of exceptions, reserved case or otherwise, are not required to be transmitted and entered on the law docket of this court until within twenty days after the adjournment without day, of the court for the term in which the question arose. Until such adjournment, the question cannot be entered in this court. This is made clear by Gen. Sts. *c.* 112, § 33, which provides that they shall be entered in their order in this court, and in the order of time, as nearly as may be, of the final adjournment of the terms at which the questions arise. It is this adjournment which marks and fixes the time for such entry. Practically, this is the more convenient rule. It enables parties to know with certainty when they must appear and attend to the questions on the law docket of this court, if entered; or, if not, when they can apply, under Gen. Sts. *c.* 112, § 16, to enter a complaint for non-entry of the appeal or exceptions, and obtain an affirmation of the opinion, order or ruling.

This, however, does not apply to questions of law arising in cases in equity pending in this court, and coming up by appeal, report or otherwise, under Gen. Sts. *c.* 113.

*Motion overruled.*